# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kirsten Jacobson,

           Plaintiff,           Civil 04-3809 (PAM/RLE)

v.

                                   **ORDER OF DISMISSAL**

Hound Dog Pet Hotel, LLC

           Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March   23  , 2006

                                                   s/Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge